■ In the Matter of SHARIFF ALLEYNE, Petitioner, v ARLENE SILVERMAN et al., Respondents. [869 NYS2d 844] No opinion. Order filed. Concur—Gonzalez, J.P., McGuire, Moskowitz, DeGrasse and Freedman, JJ.

■ In the Matter of RICARDO SANCHEZ, Petitioner, v EDWARD J. MCLAUGHLIN et al., Respondents. [869 NYS2d 844] No opinion. Order filed. Concur—Gonzalez, J.P., McGuire, Moskowitz, DeGrasse and Freedman, JJ.